34. However, due to bureaucratic ineptitude, she has become abandoned in Mexico and separated from her family in the United States.

35. Petitioners pray that a writ of mandamus be issued under the seal of this Court commanding the Defendants to make a determination as to their application I-130, immigrant visa, processing and ultimately receipt of the Instruction Package for further processing, so that their family can again be united.

Respectfully submitted:

Dated: ___8-8___ 2007

_____
Frank P. Sprouls

PETITION FOR WRIT OF MANDAMUS,                                              7