1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | SILVIA NARANJO-FRIAS,                                   )
ANTONIO NARANJO-ABARCA,                                   )   No. C 07-4060 MMC
13 |                                                        )
              Petitioners,                                  )
14 |                                                        )
              v.                                            )   **STIPULATION TO EXTEND TIME
15 |                                                        )   WITHIN WHICH THE RESPONDENTS
ALBERTO E. GONZALES, Attorney General                      )   MUST FILE AN ANSWER**
16 | of the United States and                               )
CHRISTINA POULOS, Acting Director, CA                      )
17 | Service Center, Laguna Niguel, U.S. Bureau of          )
Citizenship and Immigration Services,                      )
18 |                                                        )
              Respondents.                                  )
19 | _____)

20 |     Petitioners, by and through their attorneys of record, and Respondents, by and through their

21 | attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension

22 | of time within which the Respondents must serve its answer to the complaint in the above-entitled

23 | action. The Respondents will file their answer on or before November 9, 2007.

24 | ///

25 | ///

26 |

27 |

28 |

Stipulation for Extension
C 07-4060 MMC

| | |
|---|---|
| 1   Date: October 10, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |

                                                     /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

                                                     /s/

Date: October 10, 2007                FRANK P. SPROULS
Attorney for Petitioners

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                                       
MAXINE M. CHESNEY
United States District Judge

Stipulation for Extension
C 07-4060 MMC