1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 SILVIA NARANJO-FRIAS,                    )
   ANTONIO NARANJO-ABARCA,                  )    No. C 07-4060 MMC
13                                          )
              Petitioners,                  )
14                                          )
         v.                                 )    **STIPULATION TO EXTEND TIME**
15                                          )    **WITHIN WHICH THE RESPONDENTS**
   ALBERTO E. GONZALES, Attorney General    )    **MUST FILE AN ANSWER; ORDER**
16 of the United States and                 )    **THEREON**
   CHRISTINA POULOS, Acting Director, CA    )
17 Service Center, Laguna Niguel, U.S. Bureau of )
   Citizenship and Immigration Services,    )
18                                          )
              Respondents.                  )
19 _____ )

20       Petitioners, by and through their attorneys of record, and Respondents, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension

22 of time within which the Respondents must serve its answer to the complaint in the above-entitled

23 action.  The Respondents will file their answer on or before November 9, 2007.

24 ///

25 ///

26

27

28

   Stipulation for Extension
   C 07-4060 MMC

1  Date: October 10, 2007                    Respectfully submitted,

2                                            SCOTT N. SCHOOLS
                                             United States Attorney
3

4
                                             _____
5                                                        /s/
                                             EDWARD A. OLSEN
6                                            Assistant United States Attorney
                                             Attorneys for Respondents
7

8

9                                            _____
                                                         /s/
   Date: October 10, 2007                    FRANK P. SPROULS
10                                           Attorney for Petitioners

11

12

13                          **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15

16
   Date:  October 11, 2007                   _____
17                                           MAXINE M. CHESNEY
                                             United States District Judge
18

19

20

21

22

23

24

25

26

27

28

   Stipulation for Extension
   C 07-4060 MMC