SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVIA NARANJO-FRIAS, ANTONIO NARANJO-ABARCA, | No. C 07-4060 MMC |
| Petitioners, | |
| v. | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| ALBERTO E. GONZALES, Attorney General of the United States and CHRISTINA POULOS, Acting Director, CA Service Center, Laguna Niguel, U.S. Bureau of Citizenship and Immigration Services, | |
| Respondents. | |

   Petitioners, by and through their attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has forwarded Petitioner's approved I-130 to the National Visa Center for processing.

   Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 07-4060 MMC

| | |
|---|---|
| 1  Date: October 15, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | _____/s/_____<br>EDWARD A. OLSEN |
| 6 | Assistant United States Attorney<br>Attorneys for Respondents |

9  Date: October 15, 2007          _____/s/_____
                                   FRANK P. SPROULS
10                                 Attorney for Petitioners

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                              MAXINE M. CHESNEY
                              United States District Judge

Stipulation to Dismiss
C 07-4060 MMC