1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7 |
Attorneys for Respondents
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVIA NARANJO-FRIAS, ANTONIO NARANJO-ABARCA, | No. C 07-4060 MMC |
| Petitioners, | |
| v. | **STIPULATION TO DISMISS; ORDER THEREON** |
| ALBERTO E. GONZALES, Attorney General of the United States and CHRISTINA POULOS, Acting Director, CA Service Center, Laguna Niguel, U.S. Bureau of Citizenship and Immigration Services, | |
| Respondents. | |

Petitioners, by and through their attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has forwarded Petitioner's approved I-130 to the National Visa Center for processing.

Each of the parties shall bear their own costs and fees.
///

///

Stipulation to Dismiss
C 07-4060 MMC

1 | Date: October 15, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

       /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

       /s/
Date: October 15, 2007            FRANK P. SPROULS
Attorney for Petitioners

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 16, 2007

MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C 07-4060 MMC